AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Spencer James Walker | ) | 3:19-mj -1468-JBT |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 17, 2019_____ in the county of _____Putnam_____ in the
____Middle____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

ATF Special Agent John D. Leahy
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12/5/19

_____
_Judge's signature_

City and state:         Jacksonville, Florida

Magistrate Judge Joel B. Toomey
_Printed name and title_

## **AFFIDAVIT**

Your affiant, John D. Leahy, being duly sworn, deposes and states:

1. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Department of Justice, and have been so employed since January of 2001. I am currently assigned to the Jacksonville Field Office. Prior to my employment with ATF, I was employed as a Deputy with the United States Marshals Service for the U.S. Department of Justice for five years. I am a graduate of the ATF National Academy, the United States Marshals Service Basic Deputy Academy and the Basic Criminal Investigation Course all taken at the Federal Law Enforcement Training Center, Brunswick, Georgia. My duties as an ATF special agent are to investigate violations of federal law relating to alcohol, tobacco, firearms, explosives and controlled substances.

2. I have participated in many investigations involving the unlawful possession of firearms and violations of federal narcotic laws. In some of these investigations I have been the case agent, while in others I have acted in an undercover capacity dealing directly with the targets of the investigation. In the course of my duties as an ATF SA, I participated in the investigation of Spencer James Walker who unlawfully possessed firearms. This affidavit relates to that investigation.

3. The information in this affidavit is based on my personal knowledge and involvement in this investigation, as well as information, knowledge, and

1

observations relayed to me by other federal, state, and local law enforcement officers involved in the investigation.

4. I have not included all information discovered during this investigation in this affidavit, rather only that believed necessary to establish probable cause to support the requested criminal complaint.

5. Based on the information in this affidavit, there is probable cause to believe that on October 17, 2019, in Putnam County, in the Middle District of Florida, Spence James Walker, a convicted felon, unlawfully possessed a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

6. I am familiar with Title 18, United States Code, Section 922(g)(1), which prohibits the unlawful possession of firearms and ammunition by a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

**Investigative Activity**

7. Putnam County Sheriff's Office Detective Justin Rich advised me that in October 2019, he received information from a cooperating individual ("CI") about Marcellus Matson ("Matson"). The CI advised Det. Rich, who later advised me, that Matson was in possession of multiple firearms. I ran a criminal history query of Matson which revealed that he is a multi-convicted felon, with convictions for, among other things, distribution of five grams or more of cocaine base, sale of cocaine, and cocaine sale/manufacture/delivery. During the course of this

2

investigation, Matson was on supervised release, related to his conviction in Case No. 3:05-cr-135-J-20MMH, on August 31, 2006.

8.  I and FDLE SA Charles Bates worked together on this investigation. At our direction, the CI purchased illegal narcotics from Matson on three occasions between September and October, 2019.

9.  Additionally, on October 8, 2019, and October 10, 2019, at the direction of law enforcement, the CI called Matson and discussed purchasing a firearm from Matson. Matson agreed to sell the CI a firearm, and told the CI that the CI would be dealing with Matson's "Bro". I listened to the phone calls, which were recorded, and which corroborated the CI.

10.  On October 16, 2019, at the direction of law enforcement, the CI called Matson, and further discussed purchasing a firearm. During one of the telephone conversations, which was recorded and which I reviewed, Matson instructed the CI to go to Matson's residence located at 1502 Napoleon Street in Palatka (Putnam County), on October 17, 2019, to buy the firearm.

11.  On October 17, 2019, at the direction of law enforcement, the CI drove to Matson's residence but was unable to make contact with Matson. I and other law enforcement officers were conducting surveillance in the area and observed Spencer James Walker[1] ("Walker") walk over to the CI. Walker appeared to be

---

[1]  I reviewed Walker's criminal history which revealed that he is a multi-convicted felon, with felony convictions including but not limited to: sale of cocaine, felon in possession of a firearm, fraud, cocaine possession and cocaine sale/manufacture/delivery.

anticipating the arrival of the CI. While with the CI, Walker attempted to make telephonic contact with Matson. Walker then directed the CI to park at 1506 Napoleon Street, Palatka, FL. Walker entered that residence and then came back outside with an AR-15 style rifle that was wrapped in plastic. Walker and the CI then traveled together in the CI's vehicle to a residence located at 815 North 14th Street, Palatka, FL. Walker entered that residence, retrieved a hard plastic case that contained three additional firearms, and placed the case in the CI's vehicle. The CI and Walker then returned to 1506 Napoleon Street, Palatka, FL.   The CI examined the three  firearms in the case which included a handgun, an AK-47 rifle, and an AR-15 rifle. The CI agreed to purchase only the AR-15 style rifle for $500, gave the money to Walker and received the firearm.   Thereafter, the CI met with me and SA Bates at a predetermined location and gave me the firearm. The meeting was audio and video recorded.

12.  I examined the firearm the CI purchased from Walker and determined it is a Rock River Arms, Model LAR-15, 5.56-caliber semiautomatic rifle with serial number CM23401. ATF SA Jesse Hooker, an interstate nexus expert who has been recognized in Federal District Court as an expert regarding the interstate travel of firearms, advised me that that it is his expert opinion that the Rock River Arms rifle was manufactured in Connecticut, and therefore traveled interstate.

13.  Based on the information in this affidavit, I submit that there is probable cause to believe that on October 17, 2019,  in Putnam County, in the Middle District of

4

Florida, Spencer James Walker, a convicted felon, unlawfully possessed a firearm,

in violation of Title 18, United States Code, Section 922(g)(1).

_____
John D. Leahy, Special Agent
Bureau of ATF

Subscribed and sworn to before me this _____, day of December, 2019.

_____
JOEL B. TOOMEY
United States Magistrate Judge

5